IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| WENDY L. KUHN, | : | CHAPTER 13 |
|     Debtor | : | |
| | : | |
| TOYOTA LEASE TRUST, | : | CASE NO. 1:18-bk-05151 HWV |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| WENDY L. KUHN, | : | |
|     Debtor | : | |
|     and | : | |
| | : | |
| CHARLES J. DeHART, III, | : | |
|     Trustee | | |

## ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted

4. Admitted.

5. Denied. Debtor desires to retain the leased vehicle and shall bring the account current.

6. Denied. Proof thereof is demanded at trial.

7. Denied. Debtor desires to retain the leased vehicle and shall bring the account current.

8. Admitted.

WHEREAS, Debtor respectfully requests a reasonable period of time to bring the account current and further requests this Court to deny Movant's request for relief from the stay.

Respectfully submitted,

LAW OFFICES OF CRAIG A. DIEHL

Date: September 17, 2019    By:  /s/ Craig A. Diehl, Esquire
                                                          Craig A. Diehl, Esquire, CPA
                                                          Attorney I.D. No. 52801
                                                          3464 Trindle Road
                                                          Camp Hill, PA  17011
                                                          Tel:  (717) 763-7613
                                                          Fax:  (717) 763-8293
                                                          cdiehl@cadiehllaw.com
                                                          Attorney for Debtor