United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 18-05151-HWV
Wendy L. Kuhn     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1
Date Rcvd: Jan 28, 2021     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5143684 | Email/Text: cashiering-administrationservices@flagstar.com | Jan 28 2021 19:03:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, Michigan 48098-2639 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chandra Marie Arkema | on behalf of Creditor PINGORA LOAN SERVICING LLC carkema@squirelaw.com, tuhawkeye@msn.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Craig A. Diehl | on behalf of Debtor 1 Wendy L. Kuhn cdiehl@cadiehllaw.com jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-05151-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Wendy L. Kuhn
1281 Hill Street
York PA 17403

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/27/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: Pingora Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, Michigan 48098-2639 | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037<br>Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/30/21

Terrence S. Miller
**CLERK OF THE COURT**