Certificate Number: 15111-PAM-DE-035826235

Bankruptcy Case Number: 18-05151



15111-PAM-DE-035826235

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 11, 2021, at 12:58 o'clock PM EDT, Wendy L. Kuhn completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 11, 2021

By: /s/Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education