United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Wendy L. Kuhn  
    Debtor

Case No. 18-05151-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 14, 2021      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendy L. Kuhn, 1281 Hill Street, York, PA 17403-3308 |
| cr | + | PINGORA LOAN SERVICING, LLC, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5138918 | | Ebay MC SYNB, P.O. Box 9600800, Orlando, FL 32896-0080 |
| 5138919 | + | Encore, 400A Roger Road, P.O. Box 3330, Olathe, KS 66063-3330 |
| 5138920 | | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 5387446 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5387447 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Drive Fishers, IN 46037-9764 |
| 5138923 | + | OSS Health, P.O. Box 12584, Philadelphia, PA 19151-0584 |
| 5138924 | | Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17108-0946 |
| 5159448 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5138928 | | Wellspan Lab, Americollect, Inc., P.O. Box 1505, Manitowoc, WI 54221-1505 |
| 5138929 | | Wellspan York Hospital, Americollect Inc., P.O. Box 1505, Manitowoc, WI 54221-1505 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5138913 | | Email/Text: ebn@americollect.com | Jul 14 2021 18:45:00 | Americollect, P.O. Box 1690, Manitowoc, WI 54221 |
| 5138914 | | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 14 2021 18:44:18 | Best Egg, P.O. Box 5493, Carol Stream, IL 60197-5493 |
| 5138916 | | EDI: WFNNB.COM | Jul 14 2021 22:43:00 | Commenity Bank - Wayfair, P.O. Box 659617, San Antonio, TX 78265-9617 |
| 5138917 | | EDI: DISCOVER.COM | Jul 14 2021 22:43:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 5140457 | | EDI: DISCOVER.COM | Jul 14 2021 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5138921 | | EDI: IRS.COM | Jul 14 2021 22:43:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5138915 | | EDI: JPMORGANCHASE | Jul 14 2021 22:43:00 | Chase - Amazon, P.O. Box 15548, Wilmington, DE 19886 |
| 5151146 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2021 18:44:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5138922 | + | Email/Text: unger@members1st.org | Jul 14 2021 18:45:00 | Members 1st Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5161018 | | EDI: PRA.COM | Jul 14 2021 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5139359 | + | EDI: RECOVERYCORP.COM | Jul 14 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5162724 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 14 2021 18:45:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, |

| Recip ID | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- |
| 5143684 | Email/Text: cashiering-administrationservices@flagstar.com | Jul 14 2021 18:45:00 | 5151 Corporate Drive, Troy MI 48098-2639<br>Pingora Loan Servicing, LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 5160111 | EDI: Q3G.COM | Jul 14 2021 22:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5138925 | EDI: RMSC.COM | Jul 14 2021 22:43:00 | Synchrony Bank - Mattress Warehouse, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5138926 | EDI: RMSC.COM | Jul 14 2021 22:43:00 | Synchrony Bank - Wolf Furniture, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5138927 | EDI: TFSR.COM | Jul 14 2021 22:43:00 | Toyota Financial, P.O. Box 371339, Pittsburgh, PA 15250 |
| 5401676 | EDI: BL-BECKET.COM | Jul 14 2021 22:43:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Chandra Marie Arkema | on behalf of Creditor PINGORA LOAN SERVICING LLC carkema@squirelaw.com, tuhawkeye@msn.com |
| Craig A. Diehl | on behalf of Debtor 1 Wendy L. Kuhn cdiehl@cadiehllaw.com jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Wendy L. Kuhn<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0144<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–05151–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wendy L. Kuhn

**By the court:**   *[signature]*

7/14/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**